IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

2007 FEB 21 PM 3: 32

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. EP-95-0225-M
)
RIGOBERTO SANCHEZ-ALVIDREZ )
) 07-MJ-01043
Defendant. )

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Complaint filed against Defendant, RIGOBERTO SANCHEZ-ALVIDREZ. The Government does not wish to prosecute at this time.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
JOSE LUIS GONZALEZ
Assistant U.S. Attorney
Texas Bar # 08129200
700 E. San Antonio, Suite 200
El Paso, Texas 79901

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 2/21/07

A true copy of the original I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court
By: _____
Deputy Clerk